# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 2:18CR00008-001 |
| v. ) | **OPINION AND ORDER** |
| ) | |
| **CHRISTY SANTIAGO,** ) | JUDGE JAMES P. JONES |
| ) | |
| Defendant. ) | |

The defendant has filed a pro se motion seeking early termination of her supervised release. For the reasons following, it will be denied.

The defendant was convicted after a jury trial of two counts of conspiracy arising out of her unlawful introduction of controlled substances into a United States penitentiary. On March 4, 2019, she was sentenced by this court to 18 months imprisonment, a sentence above the applicable guideline range, together with two years of supervised release following her term of imprisonment. The court's judgment was affirmed on appeal. *United States v. Santiago*, 805 F. App'x 220) (4th Cir. 2020) (unpublished), *cert. denied*, 141 S. Ct. 441 (2020).

The defendant's states that her term of supervision is now scheduled to end on September 8, 2022. She proffers that she has satisfied the criteria for early termination based on her good conduct to date during her supervision.

Pursuant to 18 U.S.C. § 3583(e)(1), the court may terminate a defendant's term of supervision if the court is "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." Even accepting the defendant's assertion that she has performed well on supervision, I cannot find that the interest of justice warrants termination in this case. As noted by the court of appeals in affirming her sentence, the evidence showed "her extended relationships with numerous federal and state inmates" and "extensive ties between Santiago and federal inmates at a maximum-security facility over a period of time." *United States v. Santiago*, 805 F. App'x at 221. I believe that further supervision is appropriate in this case, in light of the defendant's history and characteristics.

Accordingly, the motion, ECF No. 158, is DENIED.

ENTER: February 10, 2022

/s/  JAMES P. JONES
Senior United States District Judge